1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION LEMONS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>RITE AID CORPORATION, THRIFTY PAYLESS, INC. and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 4:20-cv-03124-HSG<br><br>[PROPOSED] ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT<br><br>Complaint Filed:　May 6, 2020<br>FAC Filed:　　　 July 31, 2020 |

465850

# [PROPOSED] ORDER

After considering the Parties' Joint Stipulation to Transfer the Action to the United States District Court, Central District, and finding good cause therefore, **IT IS HEREBY ORDERED:**

(1) That this Action be transferred to the United States District Court, Central District pursuant to 28 U.S.C.A. Section 1404(a);

(2) That Defendants will file their responsive pleading within 14 days of this Action being assigned to a judge and a courtroom in the Central District; and

(3) The hearing on Defendants' Motion to Transfer and the Case Management Conference set for September 18, 2020 are vacated.

**IT IS SO ORDERED.**

Dated: _____8/18/2020_____

*/s/ Haywood S. Gilliam, Jr.*

**HON. HAYWOOD GILLIAM**, JR.