1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| 12 MARION LEMONS, individually and on behalf of all others similarly situated,<br><br>14               Plaintiffs,<br><br>15   vs.<br><br>16 RITE AID CORPORATION, THRIFTY PAYLESS, INC. and 17 DOES 1-10, inclusive,<br><br>18           Defendants. | CASE NO.: 4:20-cv-03124-HSG<br><br>[PROPOSED] AMENDED ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA<br><br>Complaint Filed:   May 6, 2020<br>FAC Filed:       July 31, 2020 |

19
20
21
22
23
24
25
26
27
28

465850

1

1

## [~~PROPOSED~~] ORDER

2

3      After considering the Parties' Joint Stipulation to Transfer the Action to the

4   United States District Court, Central District, and finding good cause therefore, **IT**

5   **IS HEREBY ORDERED:**

6

7      (1)     That this Action be transferred to the United States District Court for

8   the Central District of California pursuant to 28 U.S.C.A. Section 1404(a);

9

10      (2)     That Defendants will file their responsive pleading within 14 days of

11   this Action being assigned to a judge and a courtroom in the Central District of

12   California; and

13

14      (3)     The hearing on Defendants' Motion to Transfer and the Case

15   Management Conference set for September 18, 2020 are vacated.

16

17      **IT IS SO ORDERED.**

18

19   Dated: _____8/20/2020_____

20                                                                **HON. HAYWOOD S. GILLIAM, JR.**

21

22

23

24

25

26

27

28

465850

2